# United States District Court
# For The Western District of North Carolina
# Statesville Division

LONNIE M. STAMPER,

    Plaintiff(s),

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

5:10CV202

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 30, 2012 Order.

Signed: January 30, 2012

_____
Frank G. Johns, Clerk
United States District Court